UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ELLIS WALLACE,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVIS, et al.,<br><br>    Defendants. | Case No. 17-cv-05488-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 21 |

Defendants have filed a second *ex parte* request for an extension of the deadline to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Virginia Papan, the court GRANTS the request. Docket No. 21. The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **November 16, 2018**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **December 14, 2018**. Defendants must file and serve their reply brief (if any) no later than **December 28, 2018.**

Plaintiff's deadline to file an amended complaint was July 27, 2018, after the most recent extension of that deadline. *See* Docket No. 19. Plaintiff did not file an amended complaint. Accordingly, the claims that were dismissed with leave to amend in the order of dismissal with leave to amend (Docket No. 8) are now dismissed without leave to amend, but without prejudice to plaintiff asserting those claims in a new action.

**IT IS SO ORDERED**.

Dated: September 28, 2018

_____
SUSAN ILLSTON
United States District Judge