UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ELLIS WALLACE,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVIS, et al.,<br><br>    Defendants. | Case No. 17-cv-05488-SI<br><br>**JUDGMENT** |

Defendants' motion for summary judgment has been granted on the merits. Judgment is now entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 15, 2019

_____
SUSAN ILLSTON
United States District Judge